FILE COPY



# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, May 12, 2023

Ms. Jessica Zavadil Barger
Wright Close & Barger, LLP
One Riverway, Suite 2200
Houston, TX 77056
* DELIVERED VIA E-MAIL *

Mr. Bryan Green
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
* DELIVERED VIA E-MAIL *

Mr. Douglas W. Alexander
Alexander Dubose & Jefferson LLP
515 Congress Avenue, Ste 2350
Austin, TX 78701-3562
* DELIVERED VIA E-MAIL *

RE:  Case Number:  20-0737
     Court of Appeals Number:  05-18-00665-CV
     Trial Court Number:  DC-15-04449

Style:  UNITED RENTALS NORTH AMERICA, INC.
        v.
        PAMELA EVANS, INDIVIDUALLY AND AS ADMINISTRATOR FOR THE
        ESTATE OF CLARK BRANDON DAVIS, AND DOMINIC JONES

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause.  You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

cc:    Mr. Nicholas B. Bacarisse (DELIVERED VIA E-MAIL)
        District Clerk Dallas County (DELIVERED VIA E-MAIL)
        Ms. Wanda McKee Fowler (DELIVERED VIA E-MAIL)
        Mr. Bradley W. Snead (DELIVERED VIA E-MAIL)
        Mr. Rubin Morin (DELIVERED VIA E-MAIL)
        Ms. Anna M. Baker (DELIVERED VIA E-MAIL)
        Mr. Brian J. Cathey (DELIVERED VIA E-MAIL)